# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **OAKBROOK VENTURES, LLC ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-4207** |
| **RUSSELL ODOM** | **SECTION: "S" (4)** |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that the case is **REMANDED** to Civil District Court for the Parish of Orleans, State of Louisiana. As courts of limited jurisdiction, federal courts may adjudicate a case or controversy only if there is both constitutional and statutory authority for federal jurisdiction. Kokkonen v. Guardian Life Ins. Co. of America, 114 S.Ct. 1673, 1675 (1994). The appropriate course is to examine for subject matter jurisdiction constantly and, if it is found lacking, to remand to state court if appropriate, or otherwise dismiss. See Ziegler v. Champion Mortgage Co., 913 F.2d 228, 229 (5th Cir. 1990). For the reasons stated in this court's Order and Reasons of July 27, 2009, dismissing Case No. 09-3532 for lack of subject matter jurisdiction, Oakbrook Ventures, L.L.C. is an indispensable party, and its joinder defeats diversity jurisdiction.

New Orleans, Louisiana, this  27th  day of July, 2009.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**